IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**TOMMY MOSLEY**　　　　　　　　　　　　　　　　　　　　PLAINTIFF
**ADC #085548**

v.　　　　　　　　　No. 2:23-cv-14-DPM

DOE　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANT

### ORDER

**1.** Mosley is a three-striker. Before filing this lawsuit, he had at least three cases dismissed for failing to state a claim. *E.g.*, *Mosely v. Reed*, 5:96-cv-119-SMR; *Mosley v. Arkansas Supreme Court*, 4:96-cv-56-GH; *Mosley v. United Nations*, 4:02-cv-752-JMM. Nothing in Mosley's new complaint, *Doc. 1*, suggests he's currently in imminent danger of serious physical injury. 28 U.S.C. § 1915(g). His complaint will therefore be dismissed without prejudice.

**2.** If Mosley wants to pursue this case, then he must pay $402 (the filing and administrative fees) and file a motion to reopen the case by 24 February 2023. An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

26 January 2023