# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**TOMMY MOSLEY**
**ADC #085548**                                                   **PLAINTIFF**

v.                            **No. 2:23-cv-14-DPM**

**DOE**                                                           **DEFENDANT**

## JUDGMENT

Mosley's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_____
26 January 2023